Ladies and gentlemen, please rise. This Honorable Appellate Court of the Third Judicial District of the State of Illinois is now in session. The Honorable Mary Kay O'Brien will be presiding. Please be seated. Thank you. Will the clerk call the first case of the morning, please. 322-0113, People of the State of Illinois, Appellate by Thomas Rau versus Jack Cantway. Thank you. For the record, I'll ask the clerk, has the case been called three times in the library? Yes. And the court takes notice that the appellant, Jack Cantway, a self-represented litigant, is not in the courtroom and is not present for this case. Thank you. At this time, Mr. Arado, as appellee attorney, do you wish to make any argument on your brief? If I may just briefly, Your Honor, make a request. Please do, yes. May it please the court, Thomas Arado, on behalf of the people of the State of Illinois, as appellee. In our brief, we requested sanctions on Mr. Cantway for not only his, the brief is defective under 341, but also he raised various specious and frivolous claims under supposed sovereign citizen claims. Therefore, under rule 375, we would ask this court to issue sanctions as they did in the prior cases that were cited in our brief. I may also file a motion for sanctions for his failure to show today, but that is outside our brief. Otherwise, we would stand on our brief. Any questions? No questions, Your Honor. No questions. Very good. Anything further you wish to say on your case? No, we would ask that this court please affirm. Affirm and request sanctions. Yes. Sanctions in the form of? It can be if this court so desires. It can find Mr. Cantway a reasonable amount that the court thinks appropriate, or if it wishes us to submit an hour. And I'd have to break down my hourly rate, but I could submit that as well to determine what would go to the state, even though it would have to go probably to the general fund. I've never had to request sanctions on an individual before, so I'd have to determine. I believe that filing an affidavit for our consideration as to those charges and fees would be appropriate and would be accepted by the court for their consideration. Of course. I shall do so. Okay. Thank you. This case will be decided by a written opinion, and it shall be filed in short order. Thank you.